IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ███████ RAHSAAN, | ) | ~~CV. 04-00561HG-KSC~~ |
| | ) | CV 00-00795 HG-LEK |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, DOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 17 2006
DISTRICT OF HAWAII

I, NELSON Y. NABETA, ESQ., attorney for Defendants, acknowledge receipt of the Joint Trial Exhibits.

DATED: Honolulu, Hawaii, _Nov 17, 2006_.

_[signature]_
Signature